IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 12-cv-02152-CBS

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,
     Plaintiff,
v.

THE UNITED STATES OF AMERICA,
     Defendant.
_____

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE
_____

     This civil action comes before the court on the parties' "Stipulation of Dismissal with Prejudice."  On November 8, 2012, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (See Doc. # 23).  The court now being sufficiently advised in the premises,

     IT IS ORDERED that the parties' "Stipulation of Dismissal with Prejudice" (filed February 20, 2013) (Doc. # 25) is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

     DATED at Denver, Colorado, this 21st day of February, 2013.

                              BY THE COURT:

                                s/Craig B. Shaffer
                                United States Magistrate Judge